[No. 47763-3-I. Division One. January 14, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY BROCK MICKSCHL, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 99-1-02076-1, Ronald L. Castleberry, J., entered November 22, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 47770-6-I. Division One. January 14, 2002.]

*In the Matter of the Personal Restraint of* STEVEN STRAUSS, *Petitioner*.

Petition for relief from personal restraint. *Granted* by unpublished per curiam opinion.

[No. 47799-4-I. Division One. January 14, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL RANSAW, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-07690-4, Michael Hayden, J., entered November 14, 2000. *Remanded* by unpublished per curiam opinion.

[No. 47814-1-I. Division One. January 14, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. RANDLE L. CODY, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-04120-4, Patricia H. Clark, J., entered November 20, 2000. *Remanded* by unpublished per curiam opinion.